| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 20-13752-PMM**

Zachery D Frey  
Rebecca J Frey  
4530 Joshua Lane  
Walnutport PA 18088

Petition Filed Date: 09/17/2020  
341 Hearing Date: 10/20/2020  
Confirmation Date: 08/19/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2023 | $300.00 | | 08/15/2023 | $300.00 | | 08/29/2023 | $300.00 | |
| 09/13/2023 | $300.00 | | 09/26/2023 | $300.00 | | 10/11/2023 | $300.00 | |
| 10/24/2023 | $300.00 | | 11/07/2023 | $300.00 | | 11/27/2023 | $300.00 | |
| 12/08/2023 | $300.00 | | 12/22/2023 | $300.00 | | 01/08/2024 | $300.00 | |
| 01/22/2024 | $300.00 | | 02/02/2024 | $300.00 | | 02/16/2024 | $300.00 | |
| 03/01/2024 | $300.00 | | 03/15/2024 | $300.00 | | 04/01/2024 | $300.00 | |
| 04/12/2024 | $300.00 | | 04/26/2024 | $300.00 | | 05/10/2024 | $300.00 | |
| 05/24/2024 | $300.00 | | 06/07/2024 | $300.00 | | 06/24/2024 | $300.00 | |
| 07/08/2024 | $300.00 | | 07/19/2024 | $300.00 | | | | |

**Total Receipts for the Period: $7,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $30,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PEOPLE FIRST FCU<br>»» 001 | Unsecured Creditors | $4,393.57 | $894.00 | $3,499.57 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»» 002 | Unsecured Creditors | $4,878.12 | $992.59 | $3,885.53 |
| 3 | MIDLAND CREDIT MANAGEMENT INC<br>»» 003 | Unsecured Creditors | $1,579.59 | $313.41 | $1,266.18 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $2,927.41 | $595.74 | $2,331.67 |
| 5 | CITIZENS BANK NA<br>»» 005 | Secured Creditors | $75.65 | $75.65 | $0.00 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $2,469.45 | $502.56 | $1,966.89 |
| 7 | MIDLAND CREDIT MANAGEMENT INC<br>»» 007 | Unsecured Creditors | $755.72 | $149.93 | $605.79 |
| 8 | SNAP-ON CREDIT<br>»» 008 | Unsecured Creditors | $275.77 | $275.77 | $0.00 |
| 9 | BANK OF AMERICA<br>»» 009 | Unsecured Creditors | $23,351.18 | $4,751.59 | $18,599.59 |
| 10 | DISCOVER BANK<br>»» 010 | Unsecured Creditors | $939.99 | $181.65 | $758.34 |
| 11 | MARINER FINANCE LLC<br>»» 011 | Secured Creditors | $459.82 | $459.82 | $0.00 |
| 12 | FIRST COMMONWEALTH FCU<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |

| # | Creditor | Type | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 13 | TD BANK USA NA<br>»» 013 | Unsecured Creditors | $4,124.70 | $839.40 | $3,285.30 |
| 14 | ALLY BANK<br>»» 014 | Secured Creditors | $296.05 | $296.05 | $0.00 |
| 15 | PSECU<br>»» 015 | Unsecured Creditors | $17,839.85 | $3,630.15 | $14,209.70 |
| 16 | FREEDOM MORTGAGE CORPORATION<br>»» 016 | Mortgage Arrears | $2,094.31 | $2,094.31 | $0.00 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 017 | Unsecured Creditors | $64.92 | $0.00 | $64.92 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 018 | Unsecured Creditors | $225.00 | $31.46 | $193.54 |
| 19 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 019 | Unsecured Creditors | $370.00 | $64.97 | $305.03 |
| 20 | PERITUS PORTFOLIO SERVICES<br>»» 020 | Unsecured Creditors | $2,643.07 | $537.85 | $2,105.22 |
| 21 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»» 021 | Unsecured Creditors | $2,261.85 | $460.19 | $1,801.66 |
| 22 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»» 022 | Unsecured Creditors | $3,107.41 | $632.28 | $2,475.13 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $2,852.93 | $580.53 | $2,272.40 |
| 24 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 024 | Unsecured Creditors | $1,888.35 | $374.64 | $1,513.71 |
| 25 | SYNCHRONY BANK<br>»» 025 | Unsecured Creditors | $2,989.27 | $608.26 | $2,381.01 |
| 26 | LVNV FUNDING LLC<br>»» 026 | Unsecured Creditors | $2,170.16 | $441.64 | $1,728.52 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 027 | Unsecured Creditors | $2,077.24 | $422.65 | $1,654.59 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 028 | Unsecured Creditors | $367.39 | $64.44 | $302.95 |
| 29 | LENDINGCLUB CORPORATION<br>»» 029 | Unsecured Creditors | $19,669.81 | $4,002.47 | $15,667.34 |
| 30 | CAVALRY SPV I LLC<br>»» 030 | Unsecured Creditors | $2,234.88 | $454.83 | $1,780.05 |
| 0 | MICHAEL J McCRYSTAL ESQ | Attorney Fees | $2,600.00 | $2,600.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,300.00 | Current Monthly Payment: | $600.00 |
| Paid to Claims: | $27,328.83 | Arrearages: | ($1,800.00) |
| Paid to Trustee: | $2,622.00 | Total Plan Base: | $36,300.00 |
| Funds on Hand: | $349.17 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.