| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 20-13752-PMM**

Zachery D Frey
Rebecca J Frey
4530 Joshua Lane
Walnutport  PA    18088

Petition Filed Date: 09/17/2020
341 Hearing Date: 10/20/2020
Confirmation Date: 08/19/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2024 | $300.00 | | 08/16/2024 | $300.00 | | 08/30/2024 | $300.00 | |
| 09/13/2024 | $300.00 | | 09/27/2024 | $300.00 | | 10/11/2024 | $300.00 | |
| 10/25/2024 | $300.00 | | 11/08/2024 | $300.00 | | 11/22/2024 | $300.00 | |
| 12/06/2024 | $300.00 | | 12/20/2024 | $300.00 | | 01/06/2025 | $300.00 | |
| 01/17/2025 | $300.00 | | 01/31/2025 | $300.00 | | 02/14/2025 | $300.00 | |
| 02/28/2025 | $300.00 | | 03/14/2025 | $300.00 | | 03/31/2025 | $300.00 | |
| 04/11/2025 | $300.00 | | 04/25/2025 | $300.00 | | 05/09/2025 | $300.00 | |

**Total Receipts for the Period:  $6,300.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $36,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PEOPLE FIRST FCU<br>»» 001 | Unsecured Creditors | $4,393.57 | $1,120.73 | $3,272.84 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»» 002 | Unsecured Creditors | $4,878.12 | $1,244.33 | $3,633.79 |
| 3 | MIDLAND CREDIT MANAGEMENT INC<br>»» 003 | Unsecured Creditors | $1,579.59 | $402.94 | $1,176.65 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $2,927.41 | $746.79 | $2,180.62 |
| 5 | CITIZENS BANK NA<br>»» 005 | Secured Creditors | $75.65 | $75.65 | $0.00 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $2,469.45 | $616.82 | $1,852.63 |
| 7 | MIDLAND CREDIT MANAGEMENT INC<br>»» 007 | Unsecured Creditors | $755.72 | $184.79 | $570.93 |
| 8 | SNAP-ON CREDIT<br>»» 008 | Unsecured Creditors | $275.77 | $275.77 | $0.00 |
| 9 | BANK OF AMERICA<br>»» 009 | Unsecured Creditors | $23,351.18 | $5,956.63 | $17,394.55 |
| 10 | DISCOVER BANK<br>»» 010 | Unsecured Creditors | $939.99 | $234.69 | $705.30 |
| 11 | MARINER FINANCE LLC<br>»» 011 | Secured Creditors | $459.82 | $459.82 | $0.00 |
| 12 | FIRST COMMONWEALTH FCU<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | TD BANK USA NA<br>»» 013 | Unsecured Creditors | $4,124.70 | $1,052.24 | $3,072.46 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | ALLY BANK<br>»» 014 | Secured Creditors | $296.05 | $296.05 | $0.00 |
| 15 | PSECU<br>»» 015 | Unsecured Creditors | $17,839.85 | $4,550.77 | $13,289.08 |
| 16 | FREEDOM MORTGAGE CORPORATION<br>»» 016 | Mortgage Arrears | $2,094.31 | $2,094.31 | $0.00 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 017 | Unsecured Creditors | $64.92 | $15.03 | $49.89 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 018 | Unsecured Creditors | $225.00 | $47.47 | $177.53 |
| 19 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 019 | Unsecured Creditors | $370.00 | $80.02 | $289.98 |
| 20 | PERITUS PORTFOLIO SERVICES<br>»» 020 | Unsecured Creditors | $2,643.07 | $660.13 | $1,982.94 |
| 21 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»» 021 | Unsecured Creditors | $2,261.85 | $564.85 | $1,697.00 |
| 22 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»» 022 | Unsecured Creditors | $3,107.41 | $792.65 | $2,314.76 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $2,852.93 | $727.75 | $2,125.18 |
| 24 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 024 | Unsecured Creditors | $1,888.35 | $481.70 | $1,406.65 |
| 25 | SYNCHRONY BANK<br>»» 025 | Unsecured Creditors | $2,989.27 | $762.52 | $2,226.75 |
| 26 | LVNV FUNDING LLC<br>»» 026 | Unsecured Creditors | $2,170.16 | $542.04 | $1,628.12 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 027 | Unsecured Creditors | $2,077.24 | $518.75 | $1,558.49 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 028 | Unsecured Creditors | $367.39 | $81.29 | $286.10 |
| 29 | LENDINGCLUB CORPORATION<br>»» 029 | Unsecured Creditors | $19,669.81 | $5,017.53 | $14,652.28 |
| 30 | CAVALRY SPV I LLC<br>»» 030 | Unsecured Creditors | $2,234.88 | $558.22 | $1,676.66 |
| 0 | MICHAEL J McCRYSTAL ESQ | Attorney Fees | $2,600.00 | $2,600.00 | $0.00 |
| 31 | UNITED STATES TREASURY (IRS) | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 32 | US DEPT OF EDUCATION/MOHELA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | RECEIVABLE MANAGEMENT SYSTEMS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | SEARS CREDIT CARDS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-13752-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,000.00 | Current Monthly Payment: | $600.00 |
| Paid to Claims: | $32,762.28 | Arrearages: | ($300.00) |
| Paid to Trustee: | $3,112.50 | Total Plan Base: | $36,300.00 |
| Funds on Hand: | $125.22 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.