United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 20-13752-pmm
Zachery D Frey   Chapter 13
Rebecca J Frey
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4   User: admin   Page 1 of 4
Date Rcvd: Nov 25, 2025   Form ID: 138OBJ   Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Zachery D Frey, Rebecca J Frey, 4530 Joshua Lane, Walnutport, PA 18088-9759 |
| 14552881 | + | Ally Bank, Regina Cohen, Esquire, LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO, 190 North Independence Mall West, Suite, 6th and Race Streets Philadelphia, PA 19106-1554 |
| 14637532 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14538916 | | Bank of America Auto, PO Box 451144, Jacksonville, FL 32232 |
| 14538918 | + | Cabela's WFFNB, 4800 NW 1st Street, STE 300, Lincoln, NE 68521-4463 |
| 14558867 | | Capital One N.A., Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14538548 | + | First Commonwealth FCU, 257 Brodhead Road, Bethlehem, PA 18017-8938 |
| 14637530 | + | Freedom Mortgage Corporation, Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14539624 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First Federal Credit Union, 2141 Downyflake Lane, Allentown, PA 18103 |
| 14538943 | | People First FCI, 141 Downeyflake Lane, Allentown, PA 18104 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 26 2025 00:42:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 26 2025 00:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14549265 | | Email/Text: ally@ebn.phinsolutions.com | Nov 26 2025 00:42:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14620457 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 26 2025 01:20:47 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14538915 | | Email/Text: ally@ebn.phinsolutions.com | Nov 26 2025 00:42:00 | Ally Financial, PO Box 38091, Minneapolis, MN 55438 |
| 14545558 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 26 2025 00:42:00 | Bank of America, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 14559232 | | Email/Text: bnc-thebureaus@quantum3group.com | Nov 26 2025 00:42:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14540726 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 26 2025 00:42:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14545207 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 26 2025 01:04:36 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 20-13752-pmm    Doc 95    Filed 11/27/25    Entered 11/28/25 00:47:22    Desc Imaged
                          Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 25, 2025 | Form ID: 138OBJ | Total Noticed: 56 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14539333 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2025 01:05:11 | Capital One Bank USA NA, attn: Bankr. Dept., PO Box 30281, Salt Lake City UT 84130-0281 |
| 14562869 | + | Email/Text: bnc@bass-associates.com | Nov 26 2025 00:42:00 | Cavalry SPV I, LLC, C/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite #200, Tucson, AZ 85712-1083 |
| 14538919 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 26 2025 01:04:01 | Citi, PO Box 790040, St. Louis, MO 63179-0040 |
| 14538920 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 26 2025 00:42:00 | Citizens Auto Finance, 480 Jefferson Blvd, Warwick RI 02886-1359 |
| 14665707 | + | Email/Text: BKRMailOps@weltman.com | Nov 26 2025 00:42:00 | Citizens Bank N.A, Weltman, Weinberg, and Reis Co. LPA, c/o Scott D. Fink, Agent for Creditor, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14538921 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2025 00:42:00 | Comenity, attn.: Bankr. Dept., PO Box 182125, Columbus, OH 43218-2125 |
| 14538922 | | Email/Text: mrdiscen@discover.com | Nov 26 2025 00:42:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14545666 | | Email/Text: mrdiscen@discover.com | Nov 26 2025 00:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14538935 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 26 2025 00:43:00 | Fingerhut, 6250 Ridgewood Road, St. Cloud, MN 56303-0820 |
| 14547823 | + | Email/Text: debtres@firstcomcu.org | Nov 26 2025 00:42:00 | First Commonwealth Federal Credit Union, P. O. Box 20450, Lehigh Valley, PA 18002-0450 |
| 14637531 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 26 2025 00:42:00 | Freedom Mortgage, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 14646053 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 26 2025 00:42:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14538936 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 26 2025 00:51:20 | Home Depot Credit Services, attn.: Customer Service, PO Box 790328, St. Louis, MO 63179-0328 |
| 14538937 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 26 2025 00:42:00 | Home Point Financial Corp., 11511 Luna Road, STE 300, Dallas, TX 75234-6451 |
| 14546015 | + | Email/Text: RASEBN@raslg.com | Nov 26 2025 00:42:00 | Home Point Financial Corporation, ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170,, DULUTH, GA 30097-8461 |
| 14624050 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 26 2025 00:42:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14538938 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2025 01:03:53 | Kohl's, Bankruptcy Dept., POBox 3043, Milwaukee, WI 53201-3043 |
| 14785101 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2025 00:49:52 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14562395 | + | Email/Text: Documentfiling@lciinc.com | Nov 26 2025 00:42:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 14538939 | + | Email/Text: Documentfiling@lciinc.com | Nov 26 2025 00:42:00 | Lending Club Corporation, 71 Stevenson Street, STE 300, San Francisco, CA 94105-2985 |
| 14538942 | | Email/Text: EBN@Mohela.com | Nov 26 2025 00:42:00 | MOHELA/Dept. of EDU, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14538941 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 26 2025 00:42:00 | Mariner Finance LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14540437 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2025 00:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14637535 | + | Email/Text: BKEBN-Notifications@ocwen.com | Nov 26 2025 00:42:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14559846 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2025 01:04:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14538944 | + | Email/Text: bankruptcynotices@psecu.com | Nov 26 2025 00:43:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14590320 | | Email/Text: bnc-quantum@quantum3group.com | Nov 26 2025 00:42:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14561572 | | Email/Text: bnc-quantum@quantum3group.com | Nov 26 2025 00:42:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 14555211 | | Email/Text: bnc-quantum@quantum3group.com | Nov 26 2025 00:42:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14538945 | + | Email/Text: joey@rmscollect.com | Nov 26 2025 00:43:00 | Receivble Mgmt Systems, 7206 Hull Street Road, STE 211, Richmond, VA 23235-5826 |
| 14538947 | | Email/Text: legalservices12@snaponcredit.com | Nov 26 2025 00:42:00 | Snap On Credit LLC, 950 Technology Way, STE 301, Libertyville, IL 60048 |
| 14538946 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 26 2025 01:04:26 | Sears Credit Cards, attn.: Bankr. Dept., PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14562378 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 26 2025 01:04:03 | Synchrony Bank, AIS InfoSource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14538948 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 26 2025 01:02:46 | Synchrony Bank, attn.: Bankr. Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14548177 | + | Email/Text: bncmail@w-legal.com | Nov 26 2025 00:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14538950 | + | Email/Text: bncmail@w-legal.com | Nov 26 2025 00:42:00 | Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 14637533 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Nov 26 2025 01:05:03 | Wells Fargo Home Mortgage, Inc., 1 Home Campus, Des Moines, Iowa 50328-0001 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14637534 | *+ | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14546186 | *+ | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14736622 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14631307 | ##+ | MCCRYSTAL LAW OFFICE, 326 Main Street, Suite 1, EMMAUS, EMMAUS, PA 18049-2739 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2025          Signature:      /s/Gustava Winters

Case 20-13752-pmm    Doc 95    Filed 11/27/25    Entered 11/28/25 00:47:22    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 25, 2025 | Form ID: 138OBJ | Total Noticed: 56 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| JOSHUA A. GILDEA | on behalf of Creditor First Commonwealth Federal Credit Union jgildea@flblaw.com  ccharlton@flblaw.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Zachery D Frey mccrystallaw@gmail.com sueparalegal@gmail.com;mccrystal.mikeb130939@notify.bestcase.com;mccrystal.mikeb130939@notify-prod.bestcase.com |
| MICHAEL J. MCCRYSTAL | on behalf of Joint Debtor Rebecca J Frey mccrystallaw@gmail.com sueparalegal@gmail.com;mccrystal.mikeb130939@notify.bestcase.com;mccrystal.mikeb130939@notify-prod.bestcase.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor HOME POINT FINANCIAL CORPORATION mimcgowan@raslg.com |
| NATHALIE PAUL | on behalf of Creditor Citizens Bank  N.A. npaul@weltman.com, pitecf@weltman.com |
| REGINA COHEN | on behalf of Creditor Ally Bank rcohen@lavin-law.com |
| SCOTT DAVID FINK | on behalf of Creditor Citizens Bank  N.A. sfink@weltman.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*Form 138OBJ* (6/24)−doc 93 − 92

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Zachery D Frey | ) | Case No. 20−13752−pmm |
| | ) | |
| | ) | |
|   Rebecca J Frey | ) | Chapter: 13 |
|   aka Rebecca Joy Frey | ) | |
|   fka Rebecca J. Liggit | ) | |
|   fka Rebecca J. Weaver | | |
|   fka Rebecca J. Weir | | |
|    Debtor(s). | | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 25, 2025

For The Court

Mohung Wong
Clerk of Court