United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13752-pmm |
| Zachery D Frey | Chapter 13 |
| Rebecca J Frey | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 17, 2025 | Form ID: 3180W | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Zachery D Frey, Rebecca J Frey, 4530 Joshua Lane, Walnutport, PA 18088-9759 |
| 14558867 | | Capital One N.A., Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14539624 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First Federal Credit Union, 2141 Downyflake Lane, Allentown, PA 18103 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 18 2025 00:24:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 18 2025 00:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14549265 | | EDI: GMACFS.COM | Dec 18 2025 05:26:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14545558 | | EDI: BANKAMER | Dec 18 2025 05:26:00 | Bank of America, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 14559232 | | EDI: Q3GTBI | Dec 18 2025 05:26:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14540726 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 18 2025 00:24:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14545207 | + | EDI: AIS.COM | Dec 18 2025 05:26:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14562869 | + | EDI: BASSASSOC.COM | Dec 18 2025 05:26:00 | Cavalry SPV I, LLC, C/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite #200, Tucson, AZ 85712-1083 |
| 14545666 | | EDI: DISCOVER | Dec 18 2025 05:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14547823 | + | Email/Text: debtres@firstcomcu.org | Dec 18 2025 00:24:00 | First Commonwealth Federal Credit Union, P. O. Box 20450, Lehigh Valley, PA 18002-0450 |
| 14646053 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 18 2025 00:24:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14538937 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 18 2025 00:24:00 | Home Point Financial Corp., 11511 Luna Road, STE 300, Dallas, TX 75234-6451 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: 3180W | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14785101 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2025 00:32:45 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14562395 | + | EDI: LENDNGCLUB | Dec 18 2025 05:26:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 14546186 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 18 2025 00:24:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14540437 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 18 2025 00:24:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14559846 | | EDI: PRA.COM | Dec 18 2025 05:26:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14538944 | + | EDI: G2RSPSECU | Dec 18 2025 05:26:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14590320 | | EDI: Q3G.COM | Dec 18 2025 05:26:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14555211 | | EDI: Q3G.COM | Dec 18 2025 05:26:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14538947 | | Email/Text: legalservices12@snaponcredit.com | Dec 18 2025 00:24:00 | Snap On Credit LLC, 950 Technology Way, STE 301, Libertyville, IL 60048 |
| 14562378 | + | EDI: AIS.COM | Dec 18 2025 05:26:00 | Synchrony Bank, AIS InfoSource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14548177 | + | Email/Text: bncmail@w-legal.com | Dec 18 2025 00:24:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14736622 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14631307 | ##+ | MCCRYSTAL LAW OFFICE, 326 Main Street, Suite 1, EMMAUS, EMMAUS, PA 18049-2739 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2025 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 17, 2025 | Form ID: 3180W | Total Noticed: 26 |

**Name** **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

JOSHUA A. GILDEA
    on behalf of Creditor First Commonwealth Federal Credit Union jgildea@flblaw.com  ccharlton@flblaw.com

MICHAEL J. MCCRYSTAL
    on behalf of Debtor Zachery D Frey mccrystallaw@gmail.com
    sueparalegal@gmail.com;mccrystal.mikeb130939@notify.bestcase.com;mccrystal.mikeb130939@notify-prod.bestcase.com

MICHAEL J. MCCRYSTAL
    on behalf of Joint Debtor Rebecca J Frey mccrystallaw@gmail.com
    sueparalegal@gmail.com;mccrystal.mikeb130939@notify.bestcase.com;mccrystal.mikeb130939@notify-prod.bestcase.com

MICHELLE L. MCGOWAN
    on behalf of Creditor HOME POINT FINANCIAL CORPORATION mimcgowan@raslg.com

NATHALIE PAUL
    on behalf of Creditor Citizens Bank  N.A. npaul@weltman.com, pitecf@weltman.com

REGINA COHEN
    on behalf of Creditor Ally Bank rcohen@lavin-law.com

SCOTT DAVID FINK
    on behalf of Creditor Citizens Bank  N.A. sfink@weltman.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Zachery D Frey<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6254<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Rebecca J Frey<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5077<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   20–13752–pmm | | |

# Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Zachery D Frey

Rebecca J Frey
aka Rebecca Joy Frey, fka Rebecca J. Liggit,
fka Rebecca J. Weaver, fka Rebecca J. Weir

12/16/25

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                    **Chapter 13 Discharge**                                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**