*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                          : Chapter 13

Zachery D Frey and Rebecca J Frey                  : Case No. 20–13752–pmm
        Debtor(s)


## *ORDER*
_____


    AND NOW, this day , March 13, 2026 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.


By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court


103
Form 195