United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13752-pmm |
| Zachery D Frey | Chapter 13 |
| Rebecca J Frey | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 13, 2026 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                 +  Zachery D Frey, Rebecca J Frey, 4530 Joshua Lane, Walnutport, PA 18088-9759

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:**

**Name                              Email Address**

ANDREW L. SPIVACK
                    on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

DENISE ELIZABETH CARLON
                    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

JOSHUA A. GILDEA
                    on behalf of Creditor First Commonwealth Federal Credit Union jgildea@flblaw.com  ccharlton@flblaw.com

MICHAEL J. MCCRYSTAL
                    on behalf of Debtor Zachery D Frey mccrystallaw@gmail.com
                    sueparalegal@gmail.com;mccrystal.mikeb130939@notify.bestcase.com;mccrystal.mikeb130939@notify-prod.bestcase.com

MICHAEL J. MCCRYSTAL
                    on behalf of Joint Debtor Rebecca J Frey mccrystallaw@gmail.com
                    sueparalegal@gmail.com;mccrystal.mikeb130939@notify.bestcase.com;mccrystal.mikeb130939@notify-prod.bestcase.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Mar 13, 2026 | Form ID: 195 | Total Noticed: 1

MICHELLE L. MCGOWAN
        on behalf of Creditor HOME POINT FINANCIAL CORPORATION mimcgowan@raslg.com

NATHALIE PAUL
        on behalf of Creditor Citizens Bank  N.A. npaul@weltman.com, pitecf@weltman.com

REGINA COHEN
        on behalf of Creditor Ally Bank rcohen@lavin-law.com

SCOTT DAVID FINK
        on behalf of Creditor Citizens Bank  N.A. sfink@weltman.com

SCOTT F. WATERMAN [Chapter 13]
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                      : Chapter 13

Zachery D Frey and Rebecca J Frey                          : Case No. 20–13752–pmm
        Debtor(s)

***ORDER***

_____

AND NOW, this day , March 13, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

103
Form 195